UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DARRELL HOOKER,

       Plaintiff,

v.                                   CASE NO. 3:20-CV-12411

STATE OF MICHIGAN,
MICHIGAN SUPREME COURT,

       Defendants.
_____/

**JUDGMENT**

In accordance with the October 16, 2020 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Complaint for a Writ of Mandamus is DISMISSED WITH PREJUDICE. Dated at Port Huron, Michigan, this 16th day of October, 2020.

                                                                DAVID J. WEAVER
                                                                CLERK OF THE COURT

                BY:     __s/Lisa Wagner
                               Deputy Clerk
                               and Case Manager to
                               Judge Robert H. Cleland